**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

_____

STEVEN CAMACHO, LATEE BAKER,          :
and KATINA MURRAY on behalf of        :
themselves and all other employees    :
similarly situated,

            and

STEVEN CAMACHO, LATEE BAKER and
CARA PASCUCCI, individually,

            Plaintiffs,                :

vs.                                    :

RAJUMAANAR ENTERPRISES CORP.,(d/b/a   :
Perkins Restaurant and Baker) and SUNNY
KHAN, Individually,                    :

            Defendants.                :
_____        :

The court has reviewed and hereby approves of the terms of settlement of this action, brought pursuant to the Fair Labor Standards Act. It is therefore hereby ORDERED that the action be discontinued pursuant to the stipulation of the parties [24].

IT IS SO ORDERED:

David E. Peebles
U.S. Magistrate Judge

Dated:    8/29/2018

Case No.: 3:17-CV-1181 (FJS/DEP)

**STIPULATION OF
DISCONTINUANCE**

      **IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned, the

attorneys of record for all the parties to the above entitled action, that whereas no party hereto is

an infant or incompetent person for whom a committee has been appointed and no person not a

party has an interest in the subject matter of the action, the above entitled action be, and the same

hereby is discontinued, on the merits, and with prejudice, and without costs to any party as

against the others.  This stipulation may be filed without further notice with the Clerk of Court.

Dated: August 24, 2018                          Dated: August 24, 2018

      POPE, SCHRADER & POPE, LLP

By:    _____/s/ Alan J. Pope_____               By:  /s/ Stan J. Matusz_____
      Alan J. Pope, Esq.                             Stan Matusz, Esq.
      Bar Roll No. 301508                            Bar Roll No. 520502
      2 Court Street, 4th Floor                      29 Murfield Drive
      P.O. Box 510                                   Ithaca, New York 14850
      Binghamton, New York 13902                     Phone: (607) 319-5513
      Phone:  (607) 584-4900                         stanmatusz@gmail.com
      apope@psplawfirm.com                           _Attorneys for Plaintiffs_
      _Attorneys for Defendants_